**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00935-CV

### KYLE IRVING AHART, Appellant

### V.

### RANDALL NOE FORD LLP, Appellee

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 99344-86

## ORDER

Before the Court is appellee's October 9, 2018 motion to dismiss the appeal. We **DENY** the motion.

We note that by letter filed October 1, 2018, court reporter Elizabeth Woods informed us that appellant had not requested preparation of the reporter's record. The following day, we notified appellant that the appeal might be submitted without the reporter's record unless he filed, within ten days, written verification he had requested the record. To date, appellant has not filed the requested verification. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than November 19, 2018.

/s/     DAVID EVANS
        JUSTICE